

EK

INTAKE
OCT 18 2018

AUSA Kaitlin Klamann (312) 353-5361

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: **18CR 708** |
|---|---|
| v. | |
| JAMES D. BLEVINS | Magistrate Judge M. David Weisman |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, GERREN STITH, personally appearing before United States Magistrate Judge M. David Weisman and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that JAMES D. BLEVINS has been charged by Indictment in the District of Arizona with the following criminal offenses: Interstate Communications Containing Threats, in violation of Title 18, United States Code, Section 875(c) (Count One), and Retaliation Against a Federal Official by Threats, in violation of Title 18, United States Code, Section 115(a)(1) (Count Two).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

GERREN STITH
Special Agent
United States Capitol Police

SUBSCRIBED AND SWORN to before me this 18th day of October, 2018.

M. DAVID WEISMAN
United States Magistrate Judge

FILED
OCT 18 2018
M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

**SEALED**

United States of America
v.

James Dean Blevins

*Defendant*

Case No. CR-18-01371-PHX-DLR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Dean Blevins,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) - Interstate Communications Containing Threats
18:115(a)(1) - Retaliation Against a Federal Official by Threats

Date: 10/10/2018

*Issuing officer's signature*

City and state: Phoenix, AZ

Rebecca E. Kobza - Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*



```
____ FILED      ____ LODGED
____ RECEIVED   ✓ COPY

     OCT 0 9 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>James Dean Blevins,<br><br>        Defendant. | CR-18-1371-PHX-DLR (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 875(c)<br>(Interstate Communications Containing Threats)<br>Count 1<br><br>18 U.S.C. § 115(a)(1)<br>(Retaliation Against a Federal Official by Threats)<br>Count 2 |

THE GRAND JURY CHARGES:

**COUNT 1**

On or about September 17, 2018, in the District of Arizona, defendant JAMES DEAN BLEVINS knowingly and willfully transmitted in interstate and foreign commerce communications to United States Senator J. F. containing a threat to injure him and his family.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**

On or about September 17, 2018, in the District of Arizona, defendant JAMES DEAN BLEVINS knowingly and willfully threatened to assault, kidnap or murder United States Senator J. F., a United States Official, and his family, with the intent to retaliate

against such official on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: October 9, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

S/
DIMITRA H. SAMPSON
Assistant U.S. Attorney

I hereby attest and certify on 10/10/18 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy