IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | Case No: 18cr708-1 |
| v. | Magistrate Judge: M. David Weisman |
| James D. Blevins, | |
| Defendant(s), | |

## ORDER

Initial appearance hearing held. Removal proceedings held. Defendant James D. Blevins appeared in response to his arrest on 10/18/18. The court advised Defendant of his rights and finds that the Defendant is able to understand his rights as they were reviewed. Attorney Robert Loeb's oral motion for leave to be appointed as counsel on behalf of Defendant is granted. Enter order appointing attorney Robert Loeb under CJA as counsel for Defendant. Defendant was advised of his right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant advised of his right under Rule 20 to resolve the pending charges in the Northern District of Illinois. The Government shall advise the Court at the next hearing whether they consent to resolve this case in this district or if this case will proceed in the District of Arizona. Government's oral motion for removal in custody based on danger to the community is entered and continued. Detention hearing set for 10/23/18 at 12:30 p.m. Parties can proceed by proffer at the detention hearing as to the allegations in the indictment and pretrial services report. The Court sua sponte remands defendant into federal custody of the U.S. Marshal.

T: (00:11)

Date: October 18, 2018

M. David Weisman
United States Magistrate Judge