EK

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

JAMES Blevins

Defendant.

Case Number  18 CR 708

Judge  WEISMAN

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** JAMES Blevin   **Under Seal** ☐

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Robert A. Loeb

**Court Order:** Appointing Counsel

**Prior attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** M. David Weisman

**Date of Order:** 10-18-18   **Nunc Pro Tunc Date:** _____ or None ☐

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed** ☐ Yes   **Under Seal** ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed** ☐ Yes ☐ No

**Prior authorization approved** ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____   **Nunc Pro Tunc Date:** _____ or None ☐