

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) | Case No: 18cr708-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| James D. Blevins, | ) | |
| Defendant(s), | ) | |

### ORDER

    Detention hearing held. The Government reports she spoke with the Assistant United States Attorney from the District of Arizona and she was advised that they do not consent to a Rule 20 transfer. Based on the information presented, the Court finds that there are a combination of conditions of release that will assure the Court that Defendant will not be a danger to the community. The Government's motion for removal in custody based on danger to the community is denied. The defendant's son James Joseph Blevins was questioned and admonished on record and the Court finds that he is suitable and can serve as a third-party custodian. The Government and Defendant agreed on certain conditions of release. Defendant signed an unsecured bond in the amount of $4,500. Enter Order Setting Conditions of Release and Appearance Bond. Defendant ordered removed to the District of Arizona. Defendant shall be release upon completion of processing. Enter Order Requiring Defendant to Appear in the District Where Charges are Pending and Transferring Bail. Status hearing set for 11/15/18 at 9:15 a.m. to ensure defendant has appeared in the District of Arizona. If the parties file a joint status report by noon on 11/13/18 confirming Defendant has appeared in the District of Arizona, the hearing will be stricken.

T: (00:34)

Date: October 23, 2018

M. David Weisman
United States Magistrate Judge