IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) ) ) | Case No: 18cr708-1 |
| v. | ) ) | Magistrate Judge: M. David Weisman |
| James D. Blevins, | ) ) | |
| Defendant(s), | ) | |

**ORDER**

The Government advised the Court on 11/9/18 that Defendant has been removed to the District of Arizona, therefore the status hearing set for 11/15/18 is stricken.

Date: November 14, 2018

_____
M. David Weisman
United States Magistrate Judge